PICADILLY LAUNDRY SERVICE, INC., Respondent, *v.* JULIUS BROADER et al., Defendants, and ISAAC ZISKIN et al., Appellants.

(Argued October 8, 1929; decided October 25, 1929.)

*Lucille Bierman* and *Israel Spielberg* for appellants.

*Abraham H. Kesselman* and *Harry Elegant* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.